## Manashil *v.* Consumer Associates, Inc., Appellant.

Argued December 14, 1965; reargument refused February 14, 1966. *Alexander Schamban,* for appellant; *Francis J. Moran,* with him *Leonard Zack,* for appellee.

Order affirmed.

MONTGOMERY, J., dissents and would reverse the order of the lower court.

FLOOD, J., absent.